IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TINAY RESHUN PATTERSON,

       Appellant,

 v.                            Case No.    5D21-2731
                                     LT Case No. 2018-CF-005937-AO

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed October 11, 2022

Appeal from the Circuit Court
for Orange County,
Tarlika Teresa Nunez-Navarro, Judge.

Matthew J. Metz, Public Defender, and
Victoria Rose Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock McGuigan,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.